IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNIVERSITY OF VIRGINIA § <br> PATENT FOUNDATION § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> GENERAL ELECTRIC COMPANY § <br> d/b/a GE HEALTHCARE § <br> § <br> *Defendant.* § | No. 3:08-cv-00025-nkm |

_____

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION
TO DEFENDANT'S MOTION TO STAY**
_____

Plaintiff University of Virginia Patent Foundation ("the Patent Foundation") respectfully asks the Court for leave to file a surreply to Defendant General Electric Company's ("GE") reply in support of its motion to stay [Docket No. 63]. The Patent Foundation reluctantly seeks to file a surreply, but does so in order to briefly address several misleading and incorrect arguments made for the first time in GE's reply. This surreply will assist the Court and will not result in an injustice to GE. The surreply is attached as Exhibit A to this motion.

Specifically, this surreply is necessary: (1) to notify the Court that GE served the Patent Foundation with interrogatories and requests for production before filing its reply; (2) to correct GE's misleading statement in the reply that "a protective order has not been negotiated"; (3) to correct GE's false (and insulting) statement that the Patent Foundation's "sole purpose is to obtain and exploit patents for profit"; and (4) to correct GE's false argument that the eight claims of the '282 patent which are not being reexamined will be changed if independent claim 1 of the patent is changed.

A proposed Order is submitted herewith.

Dated: May 4, 2009                    Respectfully submitted,

/s/ Joseph F. DePumpo
**BOYLE BAIN REBACK & SLAYTON**
C. Connor Crook
VSB No. 71599
420 Park Street
Charlottesville, Virginia 22902
(434) 979-7900 Telephone
(434) 293-5017 Facsimile

**SHORE CHAN BRAGALONE LLP**
Joseph F. DePumpo (*Pro Hac Vice*)
Alfonso G. Chan (*Pro Hac Vice*)
Justin B. Kimble (*Pro Hac Vice*)
901 Main Street, Suite 3300
Dallas, Texas 75202
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

ATTORNEYS FOR PLAINTIFF
UNIVERSITY OF VIRGINIA PATENT FOUNDATION

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO STAY** with the clerk of court for the United States District Court, Western District of Virginia, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

May 4, 2009                                            */s Justin B. Kimble*_____
Date                                                         Justin B. Kimble