IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNIVERSITY OF VIRGINIA PATENT FOUNDATION, <br> *Plaintiff,* <br><br> v. <br><br> GENERAL ELECTRIC COMPANY d/b/a GE HEALTHCARE. <br> *Defendant.* | CIVIL NO. 3:08-cv-00025 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon the Joint Claim Construction and Prehearing Statement, filed by Plaintiff on May 14, 2010 (docket no. 99) and the briefing on that issue that followed, and upon Defendant's Motion for Partial Summary Judgment of No Liability Prior to the Issuance of the Reexamination Certificate, filed on May 25, 2010 (docket no. 100).

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Partial Summary Judgment is GRANTED. The Memorandum Opinion sets forth the constructions of the disputed claim terms. Constructions agreed upon by the parties shall be construed as agreed upon.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this __9th__ day of November, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE