IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNIVERSITY OF VIRGINIA PATENT FOUNDATION, <br><br> *Plaintiff,* <br><br> v. <br><br> GENERAL ELECTRIC COMPANY d/b/a/ GE HEALTHCARE, <br><br> *Defendant.* | CIVIL NO. 3:08-cv-00025 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's Motion for Reconsideration (docket no. 167) requesting reconsideration of this Court's decision dated November 9, 2010 (docket nos. 158 and 159). The Court has fully considered the arguments and authorities set forth in the parties' filings, as well as those presented at the January 13, 2011 hearing.

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion for Reconsideration is DENIED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

Entered this __8th__ day of February, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE