**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNIVERSITY OF VIRGINIA PATENT FOUNDATION,<br>       *Plaintiff,*<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY d/b/a GE HEALTHCARE.<br>       *Defendant.* | CIVIL NO. 3:08-cv-00025<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant's Motion for Summary Judgment of Intervening Rights (docket no. 185) and Plaintiff's Motion for Certification to Appeal (docket no. 188).

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion for Summary Judgment of Intervening Rights is DENIED and Plaintiff's Motion for Certification to Appeal is DENIED.

The stay on the proceedings (docket no. 184) shall be lifted.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this __27th__ day of May, 2011.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE